Andrew M. Unthank (admitted *pro hac vice*)
Email: unthank@wtotrial.com
Laura J. McNabb (admitted *pro hac vice*)
Email: mcnabb@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879

Clement L. Glynn (Bar No. 57117)
Email: cglynn@glynnfinley.com
Jonathan A. Eldredge (Bar No. 238559)
jeldredge@glylnnfinley.com
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: 925.210.2800
Facsimile: 925.945.1975

Attorneys for Defendant Whirlpool Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY TURGEON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORP.,<br><br>Defendant. | Case No.: 2:17-cv-00473-MCE-AC<br><br>**ORDER ON STIPULATION TO CONTINUE DEADLINES TO OBJECT TO INITIAL PRETRIAL SCHEDULING ORDER AND TO SUBMIT RULE 26(f) REPORT**<br><br>**Judge Morrison C. England, Jr.** |

This matter having come before the Court upon the stipulation of the parties, as evidenced by the signatures of their counsel below,

IT IS HEREBY ORDERED as follows:

1. The current deadline to object to the Initial Pretrial Scheduling Order (Doc. 3) shall be extended from May 22, 2017, through and including June 16, 2017.

---

ORDER ON STIPULATION TO CONTINUE DEADLINES TO OBJECT TO INITIAL PRETRIAL SCHEDULING ORDER AND TO SUBMIT RULE 26(F) REPORT

2. The current deadline to submit the Rule 26(f) Report shall be extended from May 29, 2017, through and including June 16, 2017.

IT IS SO ORDERED.

Dated: May 25, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO BY:**

Dated: May 22, 2017              WHEELER TRIGG O'DONNELL LLP

                        By:  */s/ Laura J. McNabb*
                             Andrew M. Unthank (admitted *pro hac vice*)
                             Laura J. McNabb (admitted *pro hac vice*)
                             Clement L. Glynn (Bar No. 57117)
                             Jonathan A. Eldredge (Bar No. 238559)

                             Attorneys for Defendant Whirlpool Corporation

Dated: May 22, 2017              BURSOR & FISHER, P.A.

                        By:  */s/ L. Timothy Fisher*
                             L. Timothy Fisher (Bar No. 191626)
                             1990 North California Blvd., Suite 940
                             Walnut Creek, CA  94596
                             Telephone: (925) 300-4455
                             Facsimile: (925) 407-2700
                             Email:  ltfisher@bursor.com

                             Attorneys for Plaintiff Nancy Turgeon