Andrew M. Unthank (*pro hac vice*)
Email: unthank@wtotrial.com
Laura J. McNabb (*pro hac vice*)
Email: mcnabb@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202
Telephone:    (303) 244.1800
Facsimile:    (303) 244.1879

Clement L. Glynn (Bar No. 57117)
Email: cglynn@glynnfinley.com
Jonathan A. Eldredge (Bar No. 238559)
jeldredge@glylnnfinley.com
Glynn & Finley, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596
Telephone:    (925) 210.2800
Facsimile:    (925) 945.1975

Attorneys for Defendant Whirlpool Corporation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY TURGEON, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>WHIRLPOOL CORP.,<br><br>            Defendant. | Case No.:  2:17-cv-00473-MCE-AC<br><br>**JOINT STIPULATION AND ORDER REGARDING NEW DISCOVERY AND MOTIONS DEADLINES**<br><br>**Judge Morrison C. England, Jr.** |

Plaintiff Nancy Turgeon, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Whirlpool Corporation ("Whirlpool" or "Defendant), collectively the "Parties," through their respective undersigned counsel, submit the following Joint Stipulation and [Proposed] Order Regarding New Discovery and Motions Deadlines.

1. On March 3, 2017, the Court entered an Initial Pretrial Scheduling Order (ECF No. 3), which included deadlines related to discovery, disclosure of expert witnesses, dispositive motions, and trial.

2. On June 16, 2017, the Parties filed their Joint 26(f) Report and Joint Objections to Initial Pretrial Scheduling Order ("Joint Report") (ECF No. 13), proposing a bifurcated approach to scheduling that would set deadlines related to class certification now but postpone the setting of merits-related deadlines (if necessary) until after the Court's class certification ruling.

3. On June 26, 2017, the Court entered a Minute Order (ECF No. 14) ordering the Parties to file a Joint Stipulation and [Proposed] Order addressing the proposed new discovery and motion deadlines.

4. The Parties conferred several times about scheduling and discovery-related issues, including during telephone conferences held on May 15, May 17, May 19, and June 14, 2017.

5. The Parties agree that the bifurcated approach to scheduling and the related deadlines outlined in the Parties' Joint Report (ECF No. 13) should be adopted by the Court because (1) the bifurcated approach, which the court used in *Kljajic v. Whirlpool*, Case No. 1:15-cv-05980 (N.D. Ill.), facilitates a more efficient and targeted approach to discovery by saving post-certification questions for a time when the Parties have a better understanding of the case and a better sense of what merits-related discovery is needed to proceed to trial, and (2) the deadlines the Parties propose are intended to enhance efficiency by dovetailing with the deadlines in *Whitley v. Whirlpool Corp.*, Case No.: 8:16-cv-1704 CJC (DFM) (C.D. Cal.), a factually similar putative class action currently pending in the Central District of California.

WHEREFORE, the Parties stipulate to the following class-certification discovery and motions deadlines and request that the Court enter the same:

| Event | Parties' Proposed Deadline |
|---|---|
| **Initial Disclosures** | 6/30/17 |
| **Amend Pleadings or Add Parties** | 9/25/17 |

| | |
|---|---|
| **Class Fact Discovery Cutoff** | 3/30/18 |
| **Expert Witness Disclosures** | Plaintiff's class experts: 5/14/18<br><br>Defendant's class experts: 6/28/18<br><br>Parties' rebuttal experts: 7/30/18 |
| **Class Expert Witness Discovery Cutoff** | 8/30/18 |
| **Class Certification and Motions Challenging Experts** | Plaintiff's class motion: 10/1/18<br><br>Defendants' opposition and Daubert challenges: 11/9/18<br><br>Plaintiff's reply and Daubert challenges: 11/30/18 |

Dated:  June 30, 2017                              WHEELER TRIGG O'DONNELL LLP


                                                  By:    */s/ Andrew M. Unthank*
                                                         Andrew M. Unthank (*pro hac vice*)
                                                         Laura J. McNabb (*pro hac vice*)
                                                         Clement L. Glynn (Bar No. 57117)
                                                         Jonathan A. Eldredge (Bar No. 238559)

                                                         Attorneys for Defendant Whirlpool Corporation


Dated:  June 30, 2017                              BURSOR & FISHER

                                                  By:    */s/ L. Timothy Fisher*
                                                         L. Timothy Fisher (Bar No. 191626)
                                                         1990 North California Blvd., Suite 940
                                                         Walnut Creek, CA  94596
                                                         Telephone: (925) 300-4455
                                                         Facsimile: (925) 407-2700
                                                         Email:  ltfisher@bursor.com

# ORDER

Having reviewed the Parties' Joint Stipulation Regarding New Discovery and Motions Deadlines and good cause having been shown, the Parties' request is GRANTED. The Initial Pretrial Scheduling Order (ECF No. 3) shall be amended to reflect the following class-certification discovery and motions deadlines.

| Event | Parties' Proposed Deadline |
| --- | --- |
| **Initial Disclosures** | 6/30/17 |
| **Amend Pleadings or Add Parties** | 9/25/17 |
| **Class Fact Discovery Cutoff** | 3/30/18 |
| **Expert Witness Disclosures** | Plaintiff's class experts: 5/14/18<br><br>Defendant's class experts: 6/28/18<br><br>Parties' rebuttal experts: 7/30/18 |
| **Class Expert Witness Discovery Cutoff** | 8/30/18 |
| **Class Certification and Motions Challenging Experts** | Plaintiff's class motion: 10/1/18<br><br>Defendants' opposition and Daubert challenges: 11/9/18<br><br>Plaintiff's reply and Daubert challenges: 11/30/18 |

The parties are further ordered to meet and confer and file with the Court proposed merits-related deadlines (if necessary) not later than 20 days after the Court's class certification ruling.

IT IS SO ORDERED.

Dated: July 11, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE