| | |
|---|---|
| 1 | Andrew M. Unthank (*pro hac vice*) |
| | Email: unthank@wtotrial.com |
| 2 | Laura J. McNabb (*pro hac vice*) |
| | Email: mcnabb@wtotrial.com |
| 3 | WHEELER TRIGG O'DONNELL LLP |
| | 370 17th Street, Suite 4500 |
| 4 | Denver, CO 80202 |
| | Telephone: 303.244.1800 |
| 5 | Facsimile: 303.244.1879 |
| 6 | Clement L. Glynn (Bar No. 57117) |
| | Email: cglynn@glynnfinley.com |
| 7 | Jonathan A. Eldredge (Bar No. 238559) |
| | jeldredge@glylnnfinley.com |
| 8 | Glynn & Finley, LLP |
| | 100 Pringle Avenue, Suite 500 |
| 9 | Walnut Creek, CA 94596 |
| | Telephone: 925.210.2800 |
| 10 | Facsimile: 925.945.1975 |

Attorneys for Defendant Whirlpool Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY TURGEON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORP.,<br><br>Defendant. | Case No.: 2:17-cv-00473-MCE-AC<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE (ECF NO. 17)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and upon review of the parties' Stipulation for Dismissal With Prejudice (ECF No. 17), the Court hereby APPROVES the Stipulation and ORDERS this case dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE